# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER, <br>              Plaintiff, <br>   v. <br> MICHAEL BUTLER GRASS VALLEY ASSOCIATION; and DOES 1-10 <br>              Defendants, | Case No. 2:14-cv-05992-ODW(RZx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 14.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 22, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

November 4, 2014

_____
             **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**